IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GYRONNE BUCKLEY**                                                                  **PLAINTIFF**

**VS.**                               **5:14-CV-00435-BRW**

**KEITH RAY,** *et al.*                                            **DEFENDANTS**

## ORDER

I recuse because of personal friendship with one of the defendants.

IT IS SO ORDERED this 5th day of January, 2015.


                                                      /s/ Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE